No. 89–144. LOCAL UNION NO. 246, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* BICKERSTAFF CLAY PRODUCTS CO., INC., ET AL. C. A. 11th Cir. Motion for leave to intervene in order to file a petition for writ of certiorari denied. Certiorari denied.

No. 89–335. BORMANN ET AL. *v.* AT&T COMMUNICATIONS, INC. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.